# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-3651
_____

SOUTH WALTON PROPERTIES,
LLC and A&J HOLDINGS, LLC,

Appellants,

v.

CALYPSO TOWERS RESORT
COMMUNITY ASSOCIATION, INC.,
THE CALYPSO GROUP, LLC, THE
CALYPSO DEVELOPERS I, LLC,
THE CALYPSO DEVELOPERS II,
LLC, THE CALYPSO DEVELOPERS
III, LLC, and YATES, LLC,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
John L. Fishel, II, Judge.

September 6, 2022


PER CURIAM.

AFFIRMED.

WINOKUR, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen E. Syfrett of Syfrett & Garmon, P.A., Panama City; Martin B. Sipple and Alexandra Akre of Ausley McMullen, Tallahassee, for Appellants.

Matthew R. Cogburn of Cogburn Law Firm, P.A., Tampa; Craig B. Morris of Morris Law Firm, P.C., Point Clear, AL, for Appellees.